# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK A. ANDERSON,<br><br>       Plaintiff,<br><br>v.<br><br>UNITED HEALTH GROUP;<br>PACIFICARE HEALTH SYSTEMS,<br>INC.; UNITED HEALTH GROUP<br>BENEFITS REVIEW COMMITTEE,<br>and Does 1-50, inclusive.,<br><br>       Defendant. | Case No.  SACV07-0965-AG(MLGx)<br><br>ASSIGNED FOR ALL PURPOSES<br>TO JUDGE ANDREW GUILFORD<br><br>MAGISTRATE JUDGE:  MARC GOLDMAN<br><br>**JUDGMENT BY THE COURT**<br><br>**[FED. R. CIV. PRO. 54]** |

       WHEREAS the parties submitted trial briefs and the Administrative Record to the Court;

       WHEREAS the parties appeared for a bench trial held on July 22, 2008 and the Court, Honorable Andrew Guilford, District Judge, presiding, heard the argument of counsel for all parties;

       WHEREAS the parties subsequently provided the Court with Proposed Findings of Fact and Conclusions of Law on August 5, 2008 (Plaintiff) and August 6, 2008 (Defendants); and

WHEREAS the Court rendered its decision in its Order Affirming Administrator's Denial of Long Term Disability Benefits [sic], filed September 30, 2008, and having fully adjudicated the issues presented in Plaintiff's Complaint,

**IT IS ORDERED, ADJUDICATED AND DECREED** as follows:

(1) Defendants United Health Group ("UHG"), PacifiCare Health Systems, Inc., and the United Health Group Benefits Review Committee (collectively "Defendants") shall have judgment entered in their favor and against Plaintiff Patrick A. Anderson to all claims brought in Plaintiff's complaint;

(2) Plaintiff Patrick A. Anderson shall recover nothing from Defendants;

(3) The action be dismissed on the merits; and

(4) Defendants shall be considered the prevailing parties in this matter for purposes of any timely application by Defendants of an award of its reasonable attorneys fees and costs of suit pursuant to 29 U.S.C. §1132(g)(1).

Dated: November 04, 2008

Andrew Guilford
U.S. DISTRICT COURT JUDGE

L:\EFILE\United Health Care\Anderson\Anderson--Judgment by The Court - Word Version.doc